United States District Court

Northern District of California

MARTIN J. BIBBS,

    Plaintiff,

v.

HEATHER WILLIAMS, RN, et al.,

    Defendants.

Case No. C 11-6404 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison, seeks leave to proceed in forma pauperis (IFP) in this pro se civil rights action. On June 21, 2012, the Court denied Plaintiff's IFP request because the amount of funds in his trust account is more than sufficient to pay the $350.00 filing fee. The Court ordered Plaintiff to pay the filing fee within thirty days or face dismissal of the case without prejudice.

    More than thirty days have passed since the order issued, and Plaintiff has not paid the filing fee or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 8/1/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE