United States District Court

Northern District of California

MARTIN J. BIBBS,

    Plaintiff,

v.

HEATHER WILLIAMS, RN, et al.,

    Defendants.

Case No.: C 11-6404 CW (PR)

JUDGMENT

The Court has dismissed this action without prejudice because Plaintiff failed to pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 8/1/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE